148-58

MUNICIPAL COURT AFFIDAVIT - CRIMINAL                CASE NO:  21

THE STATE OF MISSISSIPPI
COUNTY OF AMITE                                     AFF NO:  941
TOWN OF GLOSTER

BEFORE ME, PATRICIA BROWN    COURT CLERK OF THE TOWN OF GLOSTER

SR TERRY BOSS

MAKES AFFIDAVIT THAT SERENA BLAND              ON OR ABOUT THE
06/04/2012, IN THE COUNTY AFORESAID, AND SAID CITY.

   DISORDERLY CONDUCT-FAILURE TO COMPLY WITH REQUEST OR
   COMMAND OF LAW ENFORCEMENT OFFICER-(97-35-7) (1)
   DID WILLFULLY AND UNLAWFULLY, WITH INTENT TO PROVOKE A
   BREACH OF PEACE, REFUSING TO COMPLY WITH THE REQUEST OR
   ORDER OF TERRY BOSS, SR A LAW ENFORCEMENT OFFICER WHO
   HAD THE AUTHORITY TO THEN AND THERE ARREST ANY PERSON
   FOR A VIOLATION OF THE LAW.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI, AND THE
ORDINANCES OF THE TOWN OF GLOSTER

SIGNED: *Terry Boss, Sr.*

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 04 DAY OF JUN, 2012

*Patricia T. Brown*

FILED
JUL 17 2012
BY: _____
JUSTICE COURT CLERK

EXHIBIT
5